[No. 48117-7-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL EDWARD LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07078-7, William L. Downing, J., entered February 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48155-0-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LINKON COLUMBUS BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01813-9, Richard J. Thorpe, J., entered February 1, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48387-1-I. Division One. August 19, 2002.]

LESLEY MUMA, *Respondent*, v. ANTHONY MUMA, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 97-3-00671-0, J. Kathleen Learned, J., entered January 30, and February 9, 2001. *Affirmed* by unpublished per curiam opinion. Now published at 115 Wn. App. 1.

[No. 48427-3-I. Division One. August 19, 2002.]

SKYLINE ASSOCIATES, *Appellant*, v. SKYLINE BEACH CLUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-00842-6, Michael E. Rickert, J., entered April 20, 2001. *Affirmed* by unpublished per curiam opinion.